UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| **VENANCIO TORRES VALLEJO,** individually and on behalf of all other persons similarly situated, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Case No. 1:15-CV-02832 WJM CBS |
| **CREATIVEXTERIORS, INC.** and **JEFFREY MILLER,** | ) ) ) | <u>CLASS ACTION</u> |
| Defendants. | ) ) ) |  |

**PLAINTIFF'S MOTION FOR APPROVAL OF CLASS NOTICE, DISTRIBUTION METHOD AND TOLLING OF LIMITATIONS**

Plaintiff Venancio Torres-Vallejo moves this Court for an order:

(1) Approving the Notice, attached as Ex. 1, as the combined FLSA and Rule 23 notice to be issued to the class.

(2) Requiring Plaintiff to mail the notice, in English and in Spanish, to the last known address of each class member;

(3) Requiring Defendant to deliver a copy of the Notice in English and Spanish to each of the class members currently employed by CreativExteriors by including it in their next pay envelope.

(4) Authorizing Plaintiff to distribute the notice to class members who are not currently employed by CreativExteriors by e-mail, telephone or hand-delivery to the extent such contact

-1-

information can be found. Questions that arise in the course of telephone and personal contacts will be answered with reference to the contents of the notice.

(5) Requiring Defendant to provide Plaintiff with all contact information for the class members;

(6) Setting an opt-in/opt-out period of 120 days from the date of mailing of the notice.

(7) Equitably tolling the statute of limitations for the FLSA collective action from June 3, 2016, the date the motion for FLSA notice was filed, until the close of the opt-in period.

In support of this motion, Plaintiff relies upon the following evidence:

Ex 1     Proposed FLSA/Rule 23 Notice

Ex. 2     Affidavit of Edward Tuddenham

Ex. 3     *Sosa Teoba v. TruGreen Landcare, No.* 10cv6132 (W.D. N.Y.), Affidavit of Gregory Schell, Doc 13-8 filed June 29, 2010)

Ex. 4     *Sosa Teoba v. TruGreen Landcare,* No. 10CV6132 (W.D.N.Y. Sept. 30, 2011) (Order regarding method of distributing notice)

Ex. 5     *Rivera v. The Brickman Company,* CA-05-1518-LP, (E.D. Pa. Order Jan 19, 2006) aff'd 2006 WL 680926 (E.D. Pa. Mar. 10, 2006)

Ex. 6     CreativExteriors list of landscape laborers (CE64-66)

Ex. 7     CreativExteriors list of landscape laborer telephone numbers (CE3812-13)

For the reasons set forth in the memorandum of law filed herewith the interests of justice will be served by granting this motion.

                         Respectfully submitted,

                         s/ Edward Tuddenham

                         _____
                         Edward Tuddenham

228 W. 137th St.
New York, New York
Phone: (212) 234-5953
etudden@prismnet.com

Gregory Schell
Florida Legal Services, Inc.
508 Lucerne Ave.
Lake Worth, FL 33460
Tel: 561-582-3921
Fax: 561-582-4884
greg@floridalegal.org

Chris Hoffman
HOFFMAN, SHEFFIELD, SAUSEDA &
HOFFMAN PLLC
600 Grant St., Ste 450
Denver, CO 80203
Phone: (303) 333-2200
choffman@hsshlaw.com

Andrew Turner
BUESCHER, KELMAN, PERERA &
TURNER P.C.
600 Grant St., Suite 450
Denver, CO 80203
Phone: 303-333-7751
Fax: 303-333-7758
Aturner@laborlawdenver.com
ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that the foregoing document and the referenced documents are being served by email on all counsel for defendants this 3d day of June, 2016.

s/ Edward Tuddenham

_____

Edward Tuddenham