UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **VENANCIO TORRES VALLEJO,** individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CREATIVEXTERIORS, INC. and JEFFREY MILLER,**<br><br>Defendants. | Case No. 1:15-CV-02832 PAB<br><br>**CLASS ACTION** |

**NOTICE OF CLASS ACTION**

**TO:** **All landscape laborers who worked for CreativExteriors, Inc. at any time between 2010 and 2015.**

**1. What Is This Notice About?**

The United States District Court for Colorado has authorized this notice to be distributed to all landscape laborers who worked for CreativExteriors, Inc. at any time between 2010 and 2015. It is being distributed to let you know about a lawsuit that may affect your rights. This Notice will advise you how your rights may be affected by this lawsuit and will instruct you on your options for participating or not participating in this lawsuit.

**2. What Is This Lawsuit About?**

Venancio Torres Vallejo, a Mexican worker who received H-2B visas to work for CreativExteriors in 2012, 2013, 2014 and 2015, brought this lawsuit against CreativExteriors Inc. and its President, Jeffrey Miller. Mr. Torres claims that CreativExteriors and Miller failed to pay their landscape workers (both U.S. and Mexican) the required contract wage for all hours of work in 2010, 2011, 2012, 2013, 2014, and 2015. Mr. Torres alleges this under payment occurred because CreativExteriors (1) failed to reimburse landscape workers for various visa and transportation expenses getting from their homes to CreativExterior's work place in Colorado and back home again, and failed to reimburse workers for the costs of cleaning their uniforms; (2) failed to pay landscape workers for all hours of work in the yard and for the time spent driving from the yard to the first job of the day and from the last job of the day back to the yard; (3) failed to pay landscape workers who drove trucks and/or acted as supervisors the wage required for those jobs; and (4) failed to pay the higher prevailing wage required by the Department of Labor in July 2013. Plaintiff asks the Court to order CreativExteriors and Miller to pay all of its landscape workers additional

wages for the years 2010 through 2015.

Mr. Torres also alleges that the same four actions of CreativExteriors listed above violated the federal Fair Labor Standards Act and the Colorado Minimum Wage Act. Mr. Torres seeks back wages for those violations up to the wage level required by those statutes for himself and other landscape workers as well as an equal amount of liquidated damages. Because the law requires Fair Labor Standards Act and Colorado Minimum Wage Act claims to be filed within three years, those claims only apply to workers who were employed by CreativExteriors during 2013, 2014 and/or 2015.

CreativExteriors and Jeffrey Miller allege that they have done nothing wrong and that they do not owe any money to Venancio Torres or the other landscape workers that they employed.

The Court has not yet made a decision one way or the other about the validity of Mr. Torres' claims or CreativExteriors's and Mr. Miller's defenses.

**3. Why Did I Get This Notice?**

You received this Notice because the lawyers for Mr. Torres and CreativExteriors have information that indicates that you worked for CreativExteriors as a landscape laborer at some time during the period 2010-2015. As a result you have a right to decide whether to participate in this lawsuit or not. That is why you have received this notice.

**4. How Are My Rights Affected By A Decision to Participate or Not Participate In the Case**

If you participate in this lawsuit you will be bound by the judgment of the Court whether it is favorable to Mr. Torres and the landscape workers or to CreativExteriors. If you participate and Mr. Torres wins you may be entitled to additional wages; if Mr. Torres loses you will not receive any additional wages. If you decide to participate in the lawsuit you may be asked to provide information about your experience at CreativExteriors and your wages and expenses so the Court can determine if money is owed to you and, if so, how much.

If you choose not to participate in this lawsuit, you will not be bound by the judgment of the Court, whether it is favorable to Mr. Torres or CreativExteriors and you will not receive any money, even if Mr. Torres wins.

**5. If I Participate in the Lawsuit Who Will Be My Lawyers?**

The following lawyers represent the Plaintiff and they will also represent you if you choose to participate in this lawsuit:

| | |
|---|---|
| Gregory Schell | Edward Tuddenham |
| Florida Legal Services Inc | 228 W. 137th St. |
| P.O.Box 32159 | New York, New York |
| Palm Beach Gardens, FL  33420 | 512-413-4863 |
| 561-582-3921 | etudden@prismnet.com |
| greg@floridalegal.org | |

|  |  |
|---|---|
| Chris Hoffman | Andrew Turner |
| Hoffman, Sheffield, Sauseda & Hoffman PLLC | Buescher, Kelman, Perera & Turner, P.C. |
| 600 Grant Street, Suite 450 | 600 Grant St., Suite 450 |
| Denver, CO  80203 | Denver, CO 80203 |
| 303-333-2200 | 303-333-7751 |
| choffman@hsshlaw.com | aturner@laborlawdenver.com |

These lawyers will not charge you to represent you.  If Mr. Torres is successful in his claims, these lawyers will ask the Court to make CreativExteriors and Mr. Miller pay their lawyers fees or they will ask the Court to award them a reasonable fee out of the monies that they recover for Mr. Torres and the other participating workers.  If you would prefer, you have the right to hire your own lawyer to represent you in this lawsuit.  If you hire your own lawyer, he or she must file an appearance with the Court no later than ____[close of opt-in period]_____.   However, there is no need for you to hire your own lawyer because the Court has appointed the lawyers listed above to represent you.

**6.  How Do I Participate In the Lawsuit?**

Because of differences in the law, there are differences in what you must do to participate in the claims in this case.

**A. Claims For Unpaid Contract Wages and Colorado Minimum Wage Act Wages**

If you worked for CreativExteriors at any time between 2010 and 2015 and you WANT TO PARTICIPATE in the claim for unpaid contract wages and Colorado Minimum Wage Act wages, you do NOT need to do anything at this time:  YOU ARE ALREADY A PART OF THOSE CLAIMS. At some time in the future, you will be notified of the Court's decision.  If the workers win, you will be notified of the procedures for claiming any money owed to you.  You will be represented by Venancio Torres-Vallejo and the lawyers whose names are listed above.

**B. Claim for Fair Labor Standards Act wages**

If you worked for CreativExteriors at any time during the years 2013, 2014, or 2015 and you WANT to participated in the claim for unpaid Fair Labor Standards Act wages and liquidated damages, you must fill out the enclosed CONSENT TO SUE form and mail it to Andrew Turner, 600 Grant St., Suite 450, Denver, Colorado 80203 no later than ___[close of opt-in period]_____.  If you send in the CONSENT TO SUE form you will be part of the Fair Labor Standards Act claim.  If the Plaintiff wins this claim, you will be notified of the procedures for claiming your money.  You will be represented by Venancio Torres-Vallejo and the lawyers whose names are listed above.

**6.  What Should I Do If I Do NOT Want To Participate In the Lawsuit**

Again, there are different procedures depending on the claim.

**A. Claim for Unpaid Contract Wages and Colorado Minimum Wage Act Wages**

If you DO NOT want to participate in the claims for unpaid contract wages and for Colorado Minimum Wage Act

wages you must write a letter requesting that you be excluded from the class.  Your letter should be mailed to Andrew Turner, 600 Grant St., Suite 450, Denver, Colorado 80203.  The letter must be signed by you and dated and it must be mailed no later than ___[close of opt-in period]_____.

### B. Claim for Fair Labor Standards Act Wages

If you DO NOT want to participate in the Fair Labor Standards Act Claim you do not need to do anything.  You will only be included in that claim if you send in the "Consent To Sue" form described above.

### 7. What Should I Do If My Address Changes?

If you decide to participate in this suit, it is very important that you inform one of the lawyers listed above about any changes in your address or telephone number.  They will need to have a current address and telephone number to inform you of the decision of the Court when it is made.  You should send any changes in your address or telephone number to:

> Andrew Turner
> 600 Grant St.   Suite 450
> Denver, Colorado  80203
> 303-33307751
> aturner@laborlawdenver.com

### 7. No Retaliation Is Permitted

Federal law prohibits CreativExteriors from discharging or in any other manner discriminating against you, including refusing to re-employ you, because you participate in this lawsuit, or have in any other way exercised your rights to claim wages.

### 8. What Should I Do If I Want More Information

More information about this Notice and answers to questions concerning the lawsuit may be obtained by writing, telephoning, or e-mailing the Plaintiffs' lawyers at:

> Andrew Turner                             Or        Frances Schell
> 600 Grant St.   Suite 450                           Justicia Cruzando Fronteras
> Denver, Colo. 80203                                 561-202-7594
> 303-333-7751                                        frances.schell@gmail.com
> aturner@laborlawdenver.com

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

_____
                                        )
**VENANCIO TORRES VALLEJO,**            )
**individually and on behalf of**       )
**all other persons similarly situated,** )
                                        )
      **Plaintiffs,**         )
                                        )
**v.**                                  )   Case No. 1:15-CV-02832 PAB
                                        )
**CREATIVEXTERIORS, INC. and**          )   <u>**CLASS ACTION**</u>
**JEFFREY MILLER,**                     **)**
                                        )
      **Defendants.**         )
_____  )

**CONSENT TO SUE FORM**

      I hereby give my consent to participate as a party-plaintiff in the Fair Labor Standards Act claim filed in this lawsuit against CreativExteriors and Jeffrey Miller.


_____       Date:_____
Signature


_____
Name (please print clearly)


Address: _____

              _____

              _____

              _____

Telephone: _____


e-mail: _____


RETURN THIS FORM NO LATER THAN _____[close of opt-in period]_____ TO:

        Andrew Turner
        600 Grant St.   Suite 450
        Denver, Colo. 80203
        [aturner@laborlawdenver.com](mailto:aturner@laborlawdenver.com)