UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **VENANCIO TORRES VALLEJO**, individually and on behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **CREATIVEXTERIORS, INC.** and **JEFFREY MILLER,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:15-CV-02832 WJM CBS <br> ) <br> ) <u>CLASS ACTION</u> <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S REPLY BRIEF IN SUPPORT OF CLASS NOTICE AND METHOD OF DISTRIBUTION**

Plaintiff has moved for an order adopting his proposed FLSA/Rule 23 notice and approving the method for distributing the notice. Doc 35. Plaintiff filed this motion concurrently with his motion for leave to issue FLSA notice and for certification of his state law claims as Rule 23 class actions, Doc 33, to ensure that the notice, if authorized, would issue promptly and thereby minimize the loss of claims due to the running of the statute of limitations. Defendants' opposition, Doc 39 at 14, claims in a single sentence that the notice is "deficient in multiple respects," but does not explain that comment, making it impossible for Plaintiff to respond. Defendants offered no opposition to Plaintiff's proposed methods of distribution. Having failed to file a substantive response to Plaintiff's motion when they had an opportunity to do so, Defendants have waived their objections to the notice and distribution method. *Reed v. Bennett,* 312 F.3d 1190, 1195 (10th Cir. 2002) (failure to timely respond waives right to oppose motion for summary judgment); *Seak n Shake Enterp. Inc. v. Globex Co., LLC,* 110 F.Supp.3d 1057, 1085 (D. Colo. 2015) (failure to respond to argument waives or abandons claim); *Shepard v. Rangel,*

No. 12cv1108RM-KLM, 2014 WL 7366662 at *5 (D. Colo. Dec. 24, 2014) (failure to respond to motion results in waiver).   Accordingly, the notice should be approved except for any making necessary changes  to the description of the lawsuit should the Court limits the scope of any of Plaintiffs' claims.  The proposed method of distribution should also be approved.

Respectfully submitted,

s/ Edward Tuddenham

_____
Edward Tuddenham
228 W. 137th St.
New York, New York
Phone: (212) 234-5953
etudden@prismnet.com

Gregory Schell
Florida Legal Services, Inc.
508 Lucerne Ave.
Lake Worth, FL 33460
Tel: 561-582-3921
Fax: 561-582-4884
greg@floridalegal.org

Chris Hoffman
HOFFMAN, SHEFFIELD, SAUSEDA &
HOFFMAN PLLC
600 Grant St., Ste 450
Denver, CO 80203
Phone:  (303) 333-2200
choffman@hsshlaw.com

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that the foregoing document and the referenced documents are being served pursuant to the Court's ECF system on all counsel for defendants this 22d day of July, 2016.

s/ Edward Tuddenham

_____

Edward Tuddenham